UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAREN A. ABEL-DICKINSON,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., a Delaware Corporation doing business in the State of Washington,<br><br>Defendant. | No. 3:21-cv-05543-DGE<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 14th day of October, 2022.

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
Alexandra E. Ormsby, WSBA #52677
Attorneys for Defendant

Dated this 14th day of October, 2022.

MVG-LAW, PLLC

  *s/ Matthew Van Gieson*
Matthew Van Gieson, WSBA #39483
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – 1
Cause No. 3:21-cv-05543-DGE

3291011 / 824.0091

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## ORDER

THIS MATTER having come on before the above-entitled Court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this 17th day of October 2022.

David G. Estudillo
United States District Judge

*Presented by:*

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
Alexandra E. Ormsby, WSBA #52677
Attorneys for Defendant

*Approved for Entry;*
*Notice of Presentation Waived:*

MVG-LAW, PLLC

   s/ Matthew Van Gieson
Matthew Van Gieson, WSBA #39483
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – 2
Cause No. 3:21-cv-05543-DGE

3291011 / 824.0091

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX